McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA 93721
Telephone: (559)497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:06-cr-00138 AWI |
|---|---|---|
| Plaintiff, | ) | MOTION AND ORDER TO DISMISS INDICTMENT |
| v. | ) | |
| UDHEBHAN SINGH SIDHU and DALJIT SINGH SIDHU, | ) | |
| Defendants. | ) | |

   The United States hereby moves to dismiss the Indictment in the above-entitled case against these defendants only, in the interests of justice.

Dated: June 9, 2008           McGREGOR W. SCOTT
                              United States Attorney


                                    /s/
                              By: MARK E. CULLERS
                              Assistant United States Attorney

1

**ORDER**

Upon motion of the United States, and for good cause showing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case against the above-named defendants only be DISMISSED in the interests of justice.

IT IS SO ORDERED.

**Dated:    June 10, 2008**                             /s/ Anthony W. Ishii
                                                        UNITED STATES DISTRICT JUDGE